UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-00057 |
| | ) | |
| v. | ) | CHIEF JUDGE HAYNES |
| | ) | |
| EMILY LOTT | ) | |

**ORDER**

Upon oral motion of the government, this matter is dismissed.

SO ORDERED

_____
WILLIAM J. HAYNES
CHIEF JUDGE
U.S. DISTRICT COURT